IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE PRISON CMF, et al.,<br><br>    Defendants. | No. 2:23-CV-0085-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's original complaint, ECF No. 1.

Plaintiff names the following as defendants: (1) California State Prison CMF [California Medical Facility]; (2) Jones, Correctional Officer; (3) Sac, Officer; and (4) Crosby, Sergeant. See ECF No. 1, pg. 1. The Court previously ordered that this case proceed on Plaintiff's original complaint as to his excessive force and medical care claims against the individual defendants. See ECF No. 15. Service of process was ordered to be accomplished by way of the Court's E-Service program. See id. By separate findings and recommendations, the Court has recommended dismissal of "California State Prison CMF" as immune from suit under the Eleventh Amendment. See ECF No. 18. This recommendation is pending before the District Judge.

Consistent with the procedures of the E-Service process, the California Attorney General's Office filed a notice of intent not to waive service n behalf of the individual defendants. See ECF No. 19.  Thereafter, service was attempted by the United States Marshal which returned service unexecuted because Plaintiff has not provided the date of incident, which information is necessary to identify the named defendants whose names are similar to those of other prison officials who are not involved.  See ECF No. 20.

The operative complaint is devoid of any mention of the date of the incident at issue.  Because this case must be framed by the pleadings, and because the operative complaint must be sufficient to place the individual defendants on notice of Plaintiff's claims, which arose on a specific date, Plaintiff will be required to file a first amended complaint.  This pleading should state the date of incident.  Because the Court has already determined that Plaintiff's substantive allegations against the individual defendants are sufficient to proceed, Plaintiff should not alter or amend those allegations.  Doing so could subject Plaintiff to a determination that the case is not sufficient on the altered or amended allegations.  The Court will direct that Plaintiff be provided a copy of his original complaint for reference.  Again, in order to expeditiously proceed, Plaintiff is encouraged to simply file an amended complaint which is identical to the original complaint, and which simply adds the date of incident.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's original complaint, which has been deemed appropriate for service on the individual defendants named, is DISMISSED with leave to amend by asserting the same underlying factual allegations and adding the date of incident.

2. Plaintiff shall file a first amended complaint consistent with this order within 30 days.

3. The Clerk of the Court is directed to serve on Plaintiff a copy of the original complaint at ECF No. 1.

Dated:  January 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE