IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONES, et al.,<br><br>　　　　　Defendants. | No. 2:23-CV-0085-DC-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for the appointment of counsel. See ECF No. 46.

　　　　In his motion, Plaintiff states that appointment of counsel is warranted due to severe mental illness. See id. A review of the docket reflects that Defendants have filed a motion to dismiss on August 15, 2024. See ECF No. 40. Plaintiff filed a pro se opposition on August 26, 2024. See ECF No. 41. Given that Plaintiff was able to oppose Defendants' motion, the Court will deny the current motion for the appointment of counsel without prejudice to renewal following the District Judge's final ruling on the motion to dismiss. Defendants' motion to dismiss will be addressed by separate findings and recommendations.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the
2  appointment of counsel, ECF No. 46, is denied without prejudice.

4  Dated: February 27, 2025

 _____
 DENNIS M. COTA
 UNITED STATES MAGISTRATE JUDGE

2