UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FELEKI MARTINEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>JONES, et al.,<br><br>   Defendants. | No. 2:23-cv-00085-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS<br><br>(Doc. Nos. 40, 50) |

   Plaintiff Fred Feleki Martinez is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that Defendants' motion to dismiss medical deliberate indifference claims in Plaintiff's first amended complaint be granted. (Doc. No. 50.) Specifically, the magistrate judge recommended that Plaintiff's medical deliberate indifference claims be dismissed for failure to state a claim. (*Id.* at 6–7.) Further, the magistrate judge recommended Plaintiff's medical deliberate indifference claims against Defendants Jones and Sac be dismissed with prejudice, but recommended Plaintiff be provided leave to amend his medical deliberate indifference claim against Defendant Crosby. (*Id.* at 7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14)

1

1  days after service. (*Id.* at 8.) To date, no objections to the pending findings and recommendations
2  have been filed, and the time in which to do so has now passed.

3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
5  findings and recommendations are supported by the record and by proper analysis.

6        However, the court notes Plaintiff filed a second amended complaint on March 17, 2025,
7  without waiting for the court to issue an order addressing the pending findings and
8  recommendations. (Doc. No. 51.) Subsequently, on April 1, 2025, Defendants filed a motion to
9  dismiss in part Plaintiff's second amended complaint. (Doc. No. 52.) Rather than striking those
10 filings and directing the parties to refile them, the court will permit the second amended
11 complaint filed by Plaintiff on March 17, 2025, to be the operative complaint in this action.

12       Accordingly,

13     1.    The findings and recommendations issued on March 5, 2025 (Doc. No. 50) are
14         ADOPTED in full;
15     2.    Defendants' motion to dismiss certain claims (Doc. No. 40) is GRANTED;
16     3.    Plaintiff's medical deliberate indifference claims against Defendants Jones and Sac
17         are dismissed without leave to amend;
18     4.    Plaintiff's medical deliberate indifference claim against Defendant Crosby is
19         dismissed with leave to amend;
20     5.    Plaintiff's second amended complaint (Doc. No. 51) is the operative complaint in
21         this case moving forward; and
22     6.    This matter is referred back to the assigned magistrate judge for further
23         proceedings.

24
25     IT IS SO ORDERED.

26 Dated:   **April 22, 2025**                                _____
27                                                     Dena Coggins
                                                    United States District Judge
28